IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BTL INDUSTRIES, INC., | § | No. 1:23–CV–301–DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| PULSE PERFORMANCE LLC, ET. AL, | § | |
| | § | |
| Defendants. | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice. (Dkt. # 29.) The Stipulation informs the Court that the parties see to dismiss this case without prejudice. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own fees and costs. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, October 17, 2023.

David Alan Ezra
Senior United States District Judge